**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| SINGLETARY CONSTRUCTION, LLC, )<br>)<br>Plaintiff, )<br>) No. 3:17-cv-00374-JPM<br>v. )<br>)<br>REDA HOME BUILDERS, INC.; RICK )<br>REDA; and RAE GLEASON, )<br>)<br>Defendants. ) | |

## AMENDED JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Parties' Agreed Order filed on September 29, 2020 (ECF No. 234) and Amended Agreed Order filed on October 15, 2020 (ECF No. 236),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Parties' Agreed Order, from the $330,000 in funds that Defendant Reda Home Builders, Inc. ("Reda") has deposited with this Court:

1. $100,000 shall be paid to Plaintiff Singletary Construction, LLC ("Singletary") for damages;
2. $10,252.11 shall be paid to Singletary for costs;
3. $219,747.89 plus any accrued interest shall be released to Reda.

**IT IS FURTHER ORDERED** that, in accordance with the Parties' Agreed Order,

1. Funds to Singletary shall be sent to the attention of its counsel, Stephen Zralek, Bone McAllester Norton PLLC, 511 Union Street, Suite 1600, Nashville, TN 37219.
2. Funds to Reda shall be sent c/o Sheri Phillips, 105 South Third Street, Clarksville, Tennessee 37040.

**IT IS FURTHER ORDERED** that, in accordance with the Parties' Agreed Order, each Party shall be responsible for its own attorneys' fees and expenses.

**THE COURT RETAINS JURISDICTION** to enforce the terms of the Parties' Settlement Agreement & Release. In accordance with the Parties' Agreed Order, an expedited hearing on

any alleged violation of the Settlement Agreement or Permanent Injunction previously entered in this case shall be held, and any such violation will warrant injunctive relief without posting of any bond.

**IN ALL OTHER RESPECTS**, the Parties having reached a full and final settlement, this matter and any related appeals are hereby DISMISSED WITH PREJUDICE.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE

October 27, 2020
Date